69524, 69525. MOORE v. THE STATE (two cases).
(336 SE2d 619)

POPE, Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Moore v. State*, 254 Ga. 674 (333 SE2d 605) (1985), our decision at 173 Ga. App. 765 (328 SE2d 380) (1985), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Banke, C. J., and Sognier, J., concur. Benham, J., disqualified.*

DECIDED OCTOBER 2, 1985.

*W. Benjamin Ballenger*, for appellant.
*David L. Lomenick, Jr., District Attorney, David L. Whitman,*

*Assistant District Attorney,* for appellee.